

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00313-CR

| | | |
|---|---|---|
| Robert O'Bryan | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2013-08057-A) |
| | § | |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Sudderth |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth